United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,                Case No.: 22-cr-20059

v.

                                    Hon. Mark A. Goldsmith

D4 – Yourye Wilson

        Defendant.
_____/

## Order Granting Government's Motion to Correct the Record and Dismiss Remaining Counts in the Indictment as to Defendant Wilson

The Court, having reviewed the Government's Unopposed Motion to Correct the Record and Dismiss Remaining Counts in the Indictment (ECF No. 284), states as follows:

**IT IS ORDERED** that Count 8 and Count 9 of the Indictment are dismissed as to Defendant Wilson and the corrections outlined in the Government's Motion are hereby made to the record.

**IT IS SO ORDERED.**

/s/Mark A. Goldsmith
Hon. Mark A. Goldsmith
United States District Court Judge

Date Entered: October 17, 2024